JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

B-01-022

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

United States District Court
Southern District of Texas
FILED

FEB 02 2001

Michael N. Milby
Clerk of Court

## I. (a) PLAINTIFFS
Rio Grande Underwriters, Inc.

## DEFENDANTS
Pitts Farms, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Hidalgo
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

ATTORNEYS (IF KNOWN)
O.C. Hamilton, Jr.
818 Pecan / P.O. Box 3725
McAllen, Texas 78502-7325

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL INJURY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 362 Personal Injury — Med. Malpractice | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 365 Personal Injury — Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 350 Motor Vehicle | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 355 Motor Vehicle Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 360 Other Personal Injury | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | **CIVIL RIGHTS** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | | |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | ☐ 530 General | | |
| | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

9 U.S.C. Section 1, et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: January 26, 2001

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

United States District Court
Southern District of Texas
FILED

FEB 0 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RIO GRANDE UNDERWRITERS, INC. | § | |
| | § | |
| *Applicant* | § | |
| | § | |
| vs. | § | NO. B-01-022 |
| | § | |
| PITTS FARMS, INC. | § | |
| | § | |
| *Respondent* | § | |

### APPLICATION FOR STAY ORDER
### PURSUANT TO 9 U.S.C. § 3 and 4

TO THE HONORABLE COURT:

COMES NOW Rio Grande Underwriters and would show as follows:

### JURISDICTION

1. Applicant is an entity engaged in business activity affecting interstate commerce, to wit, federal crop insurance, and this case involves a federal question, to wit, 9 U.S.C. § 3 and 4.

### RELIEF SOUGHT

2. Applicant entered into a contract with Respondent to sell federally insured crop insurance to Respondent. Such contract provided, in part, as follows:

   "I further agree that any dispute arising between myself and Rio Grande Underwriters, Inc., its agents or employees, shall be exclusively settled by binding arbitration under the commercial rules of the American Arbitration Association."

   (Exhibit A)

3. Respondent alleged first, in a written letter demand, that Applicant had failed to provide requested crop insurance.

4. Applicant, in response, thereupon demanded that Respondent submit its claims to arbitration.

5. Respondents refused such arbitration demand and instead filed a state court lawsuit in Hidalgo County district court. Such case is styled Pitts Farms, Inc. v. Rio Grande Underwriters, Inc., Cause No. C-055-01-F.

6. Respondent filed such state court action notwithstanding a clear obligation to arbitrate.

7. Under the provisions of the Federal Arbitration Act, 9 U.S.C. § 3 and 4, Applicant is entitled to a stay order. See, generally, *Rodriguez, et al. v. Shearson/American Express,* 490 U.S. 477(1989), reversing the District Court, Southern District of Texas, Brownsville Division and compelling all causes of action, even including sexual assault, to be arbitrated.

WHEREFORE, Premises Considered, Applicant prays that the Court issue a stay order staying all court proceedings and ordering Respondents to submit their claims to the American Arbitration Association. Applicant further requests an award of costs and attorneys fees for this stay action necessitated by Respondent's disregard of clear precedent.

Respectfully submitted,

*[signature]*

Denis A. Downey
State Bar 06085500
Federal I.D. 1186
1185 FM 802, Suite 3
Brownsville, Texas 78521
956 544-0561 / 956 544-0562 (FAX)

B-01-022

STATE OF TEXAS            }

COUNTY OF CAMERON   }

## AFFIDAVIT

1. My name is Evan Stineman, III.

2. I am over the age of 18 years and qualified to make this affidavit.

3. I am the President of Rio Grande Underwriters, Inc..

4. Rio Grande Insurance Underwriters, Inc., pursuant to a written contract which required that any disputes between the parties be settled by arbitration under the rules of the American Arbitration Association, sold federally insured crop insurance to Respondent Pitts Farms, Inc.

5. I have, through my attorney, demanded that a claim made by Pitts Farms, Inc. be filed by them in the American Arbitration Association. Said entity has failed to do so.

**FURTHER, AFFIANT SAYETH NAUGHT**

Dated: 1/26/01

_____
Evan Stineman, III

SWORN TO AND SUBSCRIBED before me on the 26 day of January, 2001.



_____
Notary Public, State of Texas

# AGREEMENT OF AUTHORITY

Policy #42-090- 349025

I have requested a member of the staff of Rio Grande Underwriters, Inc. to assist me in preparing my acreage report. I am supplying the information needed to complete said acreage report. I have read over the acreage report twice and I find all information to be entered correctly and exactly as I have submitted it. I have signed the acreage report and agree to the terms and conditions of said report. I hereby agree to hold harmless said staff member and Rio Grande Underwriters, Inc. for any loss which occurs or is caused by any incomplete or incorrect information related to this form. I further agree that any dispute arising between myself and Rio Grande Underwriters, Inc., its agents or employees, shall be exclusively settled by binding arbitration under the commercial rules of the American Arbitration Association. I hereby acknowledge that the relationship between myself and Rio Grande Underwriters, Inc. affects or involves interstate commerce.

_____        12-2-99
Signature                                Date


Name: Pitts Farms Inc

Address: 1701 S. Parkwood

City/State/Zip: Harlingen, Tx. 78550-8032



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RIO GRANDE UNDERWRITERS, INC. | § § § | |
| *Applicant* | § § | NO. B-01-022 |
| vs. | § § | |
| PITTS FARMS, INC. | § § | |
| *Respondent* | § § | |

## STAY ORDER

The parties having previously agreed to submit all controversies to the American Arbitration Association, it is HEREBY ORDERED that all court proceedings of whatever kind, including execution of judgment, are hereby stayed and Pitts Farms, Inc. Is ORDERED to submit its claims to the American Arbitration Association. It is further Ordered that this Court retain jurisdiction to enforce any arbitration award.

Dated: _____

_____
Judge Presiding