3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Rio Grande Underwriters, Inc., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-022 |
| § | |
| Pitts Farms, Inc., § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED, that on February 9, 2001 the Court **ORDERED** the Plaintiff to submit a properly authenticated copy of the Agreement of Authority attached to the Plaintiff's Application for a Stay Order pursuant to 9 U.S.C. §§ 3 and 4 [Dkt. No. 1] by February 16, 2001. The document must be authenticated in accordance with the Federal Rules of Evidence.

DONE at Brownsville, Texas, this 12 day of February 2001.

_____
Hilda G. Tagle
United States District Judge