4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
FEB 15 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| RIO GRANDE UNDERWRITERS, INC. § | |
| § | |
| *Applicant* § | |
| § | |
| vs. § | No. B-01-022 |
| § | |
| PITTS FARMS, INC. § | |
| § | |
| *Respondent* § | |

## EXHIBIT AUTHENTICATION

Denis A. Downey
State Bar 06085500
Federal I.D. 1186
1185 FM 802, Suite 3
Brownsville, Texas 78526-1538
956 544-0561 / 956 544-0562 (FAX)