8

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

RIO GRANDE UNDERWRITERS, INC. §
§
*Applicant* §
§          CIVIL CAUSE
vs. §          No. B-01-022
§
PITTS FARMS, INC. §
§
*Respondent* §

RESPONSE TO RESPONDENT'S OPPOSITION TO ARBITRATION

TO THE HONORABLE COURT:

COMES NOW RIO GRANDE UNDERWRITERS, INC., Applicant for Arbitration Stay

Order, and would show as follows.

1-      As shown by the documents submitted previously in response to the court"s request for

authentication, the parties not only entered into at least 9 separate agreements to arbitrate

(which are incorporated herein by reference), but the policy of insurance in question was a

federal crop insurance policy (previously submitted to the Court) whose terms are non-

alterable by reason of  federal statute and regulations promulgated thereunder, and which

insurance policy itself requires arbitration.

2-      Even if federal crop insurance law did not require, *sua sponte*, arbitration, the parties' nine

collateral agreements to arbitrate would, of their own force, require arbitration because the

subject matter is federal crop insurance, the insurer is an out-of-state entity, the policy is out

of state, the premiums are sent out of state, and even policy benefit payments are made from out of state ((Respondent was paid on losses under this very policy with an out of state check from the out of state insurer - Exhibit A). Any one of such facts would, independently, invoke the application of the FAA.

3-      The United States Supreme Court has marched inexorably since 1985 to require arbitration in all commercial scenarios with any sort of nexus to interstate or foreign commerce, repeating ad infinitum ad nauseam that the FAA has "declared a national policy favoring arbitration" (see, for example, *Mastrobuono v. Shearson-Lehman Hutton, Inc.*, 514 U.S. 52 (1995)). After the Supreme Court's decision in *Bruce Terminex Companies, Inc. and Terminex International Company v. Dobson*, 115 S. Ct. 834 (1995) there has been a clear concensus amongst commentators and courts that "involving commerce" is as broad as "affecting commerce" which, from classic cases like *Gibbons v. Ogden*, 6 L.Ed. 23 (1824) to *Heart of Atlanta Motel, Inc. v. United States*, 379 U.S. 241(1964)(chocolate bars made out of state and sold in a vending machine in an Atlanta motel sufficient as a basis for the commerce power's constitutional underpinning of the 1964 Civil Rights Act) we know to be extremely broad. Accordingly, there can be no doubt that Applicant is entitled to a stay order requiring arbitration. Even Texas state courts, historically protective of state court jurisdiction have been forced to accept the imposing scope of the FAA. See, for example, *BWI Cos., v. Beck*, 910 S.W. 2d 620,622 (Tex. App - Austin 1995, orig. proceeding, leave denied) and *Lost Creek Municipal Utility District v. Travis Indus. Painters, Inc.*, 827 S. W. 2d. 103, 105 (Tex. App. - Austin 1992, writ denied).

Respectfully Submitted,

DENIS A. DOWNEY
Bar No. 06085500
Federal No. 1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
956-544-0561 / 956-544-0562 (FAX)

Case 1:01-cv-00022   Document 8   Filed in TXSD on 05/04/2001   Page 4 of 4

# MULTIPLE PERIL CROP INSURANCE PROOF OF LOSS

**Fireman's Fund**

| | | Page 1 |
|---|---|---|
| Insured's Name: PITTS FARMS, INC. | Company Name: FIREMAN'S FUND AGRIBUSINESS (090) | Claim #: 3643 |
| Policy Number: 42-090-349025 | Branch/Agency Code: 9660 - 004261 | Crop Year: 2000 |
| Soc Sec/Tax No.: 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 | Agency Name: RIO GRANDE UNDERWRITERS | State: TX - 42 |
| LOSS PAYABLE TO ME AND: NONE | Agency Address: PO BOX 849/LOS FRESNOS,TX 78566 | County: 215 |

| Farm Unit Field Alpha | LOCATION Sect Twsp Rnge ASCS Farm | Risk Area | Crop Pri Dat Sec Dat | Practice Harvestd Product ST | Acres | Guar/ Acre | Type % SU | Total Gearan | Rcmt Prodn | Product Counted | Defcncy. | Price | Unit Index Share | Amount Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0200 | | | Onions | Irrigated | | | 190 | | | | | | | |
| | 16704A A01 81 03/20 | | | 0.0 03 | 41.9 127.40 | | | 5338.0 | 6.0 | 1764.4 | 3573.60 | 9.60 | 34306.56 0.750 | 25,730 |
| | | | | | | | | | | | | | | 25,730 |
| | | | | | | | | | | | Admin Fee Credit | | | 20 |
| | | | | | | | | | | | Interest Amount | | | 79 |
| | | | | | | | | | | | Premium Credit | | | 7,279 |
| | | | | | | | | | | | Draft Amount | | | 18,352 |

**Fireman's Fund AgriBusiness**

MPCI Loss Account
P.O. Box 25951
Overland Park, KS 66225-5951

FIRSTAR BANK, N.A.
Overland Park, KS
Kansas City Banking Center

**No. 92464**

18-18(7)
1070

DATE

September 08, 2000

PAY EIGHTEEN THOUSAND THREE HUNDRED FIFTY-TWO AND 00/100 * DOLLARS$ ***18,352.00

TO THE ORDER OF
PITTS FARMS, INC.
1701 S. PARKWOOD
HARLINGEN, TX 78550-8032

⑃092464⑃ ⑆101000182⑆ 901033010⑆

A