United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO GRANDE UNDERWRITERS, INC. | § | |
| VS. | § | NO. B-01-0022 |
| PITTS FARMS, INC. | § | |

### REPLY TO APPLICANT'S LETTER TO JUDGE TAGLE

Pitts Farms, Inc. the Defendant in the above cause, files this reply to a letter written by counsel for the applicant directly to Judge Tagle.

1. The case of Owen III vs. Crop Hail Management, (841 F.Supp.297), provided to the Court is not applicable to this case for the following reasons:

a.  In the Owen case, the suit was filed to recover losses under the insurance policy, and the dispute involved an interpretation of the insurance policy.

b.  In the suit filed in state court by Pitts Farms, Inc., the suit is not a suit to recover under the insurance policy. The suit is a suit against the agent for negligence and violation of DTPA in not providing the crop coverage requested by the Plaintiff. Had the suit been one on the insurance policy, it would have been against Fireman's Fund Insurance Company who issued the policy and who refused to pay the loss because of no coverage under the policy.

2. There is, therefore, no federal question involved in the State court suit, and the Application for Stay should be dismissed.

Respectfully Submitted,

By: _____
O.C. Hamilton, Jr.
State Bar No. 08847000

**ATTORNEY FOR DEFENDANT**

P.O. Drawer 3725/818 Pecan
McAllen, Texas 78502
Phone: (956) 682 - 5501
Fax:    (956) 686 - 6109

## CERTIFICATE OF SERVICE

I, O.C. Hamilton, Jr., do hereby certify on this 31, day of May, 2001, the above and foregoing document has been mailed, via regular mail to the following counsel of record:

Mr. Denis A. Downey LL.M.
Attorney at Law
1185 FM 802, Suite 3
Brownsville, Texas 78526 - 1583

_____
O.C. Hamilton, Jr.