IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Rio Grande Underwriters, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-022 |
| | § | |
| Pitts Farms, Inc., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on June 20, 2001, the Court having entered an order dismissing this lawsuit for lack of subject matter jurisdiction, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 20th day of June 2001.

_____
Hilda G. Tagle
United States District Judge