*13*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 16 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **RIO GRANDE UNDERWRITERS, INC.** § | | |
| Plaintiff § | | |
| § | | |
| VS. § | Civil Action No. B-01-022 | |
| § | | |
| **PITTS FARMS, INC.** § | | |
| Defendant § | | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Rio Grande Underwriters, Inc., in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit the decision of the United States District Court for the Southern District of Texas, Brownsville Division, dated June 19, 2001 dismissing Plaintiff's application for stay order.

Respectfully submitted,

/s/ (signature)

DENIS A. DOWNEY
ATTORNEY FOR PLAINTIFF/APPELLANT
State Bar 06085500
Federal ID No.1186
1185 FM 802, Suite 3
Brownsville, Texas 78526-1538
956 544-0561 / 956 544-0562 (FAX)

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEAL** was hand-delivered this 16th day July, 2001, via the U.S. Mail, first class, postage prepaid, to the following:

O.C. Hamilton
ATLAS & HALL, L.L.P.
Professional Arts Building
818 Pecan
P.O. Box 3725
McAllen, Texas 78502-3725

_____
DENIS A. DOWNEY