# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT



No. 01-40823
Summary Calendar

D.C. Docket No. B-01-CV-22

U. S. COURT OF APPEALS
FILED
DEC 1 8 2001
CHARLES R. FULBRUGE III
CLERK

RIO GRANDE UNDERWRITERS INC

    Plaintiff - Appellant

v.

PITTS FARMS INC

    Defendant - Appellee

United States District Court
Southern District of Texas
FILED
JAN 1 1 2002
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before REAVLEY, HIGGINBOTHAM, and WIENER, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 09 2002

OP-S-J-1

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
Deputy

New Orleans, Louisiana   JAN 09 2002

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

January 9, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 01-40823 RioGrande Underwrite v. Pitts Farms Inc
    USDC No. B-01-CV-22

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume     (   ) Envelopes     (   ) Boxes

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _Dawn D. Victoriano_
        Dawn D. Victoriano, Deputy Clerk

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Denis A Downey
    Mr O C Hamilton Jr

MDT-1